USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER TERRY; JAMES TRUELL,

                Plaintiffs,

-against-

CITY OF NEW YORK; CAPTAIN HERNANDEZ #1806; ADW E. RIVERA; LEGAL COORDINATOR ALOU,

                Defendants.

19-CV-9688 (LGS)

ORDER OF SERVICE

LORNA G. SCHOFIELD, United States District Judge:

    The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York, Assistant Deputy Warden Rivera, Captain Hernandez, and Legal Coordinator Alou waive service of summons.

SO ORDERED.

Dated:   December 2, 2019
            New York, New York

                                          **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**