USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/20



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**Copatrick Thomas**
Phone: (212) 356-0885
Fax: (212) 356-2089
cthomas@law.nyc.gov
(not for service)

January 23, 2020

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: Terry et al. v. City of New York et al.
           Docket No. 19-CV-9688 (LGS)

Dear Judge Schofield:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for the City of New York in the above-referenced matter. Pursuant to Rule 2.C of the Court's Special Rules and Practices in Civil Pro Se Cases, I write to respectfully request an adjournment of the Initial Conference in this matter, from January 30, 2020 at 10:30 AM to one week after the City's answer is due.

      Plaintiffs allege, among other things, that they were denied access to a law library while incarcerated at the Manhattan Detention Complex, a New York City Department of Correction ("DOC") facility. Pursuant to the Order of the Court dated December 6, 2019 (ECF No. 11), the parties are set to appear before Your Honor on January 30, 2020 at 10:30 AM for an Initial Conference.

      However, the Defendants have not yet responded to the Complaint, and their answers are not due until several weeks after the Initial Conference.[1] Moreover, at this stage of

---

[1] The City's answer is currently due March 3, 2020 (*see* ECF No. 14), while Captain Hernandez's answer is due February 28, 2020 (*see* ECF No. 12). Although this Office does not currently represent Captain Hernandez, I anticipate that it will come to do so.

the case, additional time is needed to investigate Plaintiffs' allegations and assess Plaintiffs' legal claims, which will aid Defendants in their ability to propose an appropriate case management plan.

Accordingly, the City respectfully requests an adjournment of the Initial Conference in this matter, from January 30, 2020 at 10:30 AM to March 10, 2020, or a date and time thereafter that is convenient for the Court.

This is the City's first request for an adjournment of the Initial Conference. I have not been able to speak with Plaintiffs to obtain their consent, as they are both currently incarcerated and are proceeding pro se.

I thank you for your consideration of this matter.

Respectfully submitted,

/s/
Copatrick Thomas
Assistant Corporation Counsel

cc: Christopher Terry
NYSID: 00564681J
B&C No. 1411902613
Manhattan Detention Complex
125 White Street
New York, New York 10013

James Joaquin Truell
NYSID: 09837674J
B&C No. 8951901178
Anna M. Kross Correctional Facility
18-18 Hazen Street
East Elmhurst, New York 11370

Application GRANTED in part and DENIED in part. The initial conference is adjourned from January 30, 2020, at 10:30 A.M. to February 27, 2020, at 10:30 A.M. in order for Defendants to communicate with Plaintiffs regarding pre-conference materials and any other related matters. Pre-conference materials are due by February 20, 2020.

Dated: January 24, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE