```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                            :    DOC #:
CHRISTOPHER TERRY, et al.,                  :    DATE FILED: 3/13/2020
                                            :
                                            :    19 Civ. 9688 (LGS)
                         Plaintiffs,        :
                                            :         ORDER
            -against-                       :
                                            :
CITY OF NEW YORK, et al.,                   :
                                            :
                         Defendants.        :
                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on March 12, 2020, at 2:50 p.m. It is hereby

**ORDERED** that Defendants may file the motion to dismiss and accompanying memorandum of law by **April 2, 2020**. Plaintiffs may file a response by **April 30, 2020**. Defendants shall provide the Court with courtesy copies after Plaintiffs submit their response, and there shall be no reply.

Discovery is STAYED pending the resolution of the motion to dismiss. Plaintiffs are reminded that the additional allegations raised during the telephonic conference must be raised in a new complaint to open a separate case.

Dated: March 13, 2020
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE