UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHRISTOPHER TERRY, et al.,
    Plaintiffs

-against-

THE CITY OF NEW YORK, et al.,
    Defendants.
------------------------------------------------------------X

19 Civ. 9688 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 31, 2020, the Court issued an endorsement of a letter filed by Plaintiff Truell. ECF 30;

WHEREAS, on April 2, 2020, Defendants filed a motion to dismiss. ECF 32;

WHEREAS, on April 9, 2020, the Court was informed that Plaintiff Truell did not receive the memo endorsement. It is hereby

**ORDERED** that Defendants shall mail a copy of the endorsement issued on March 31, 2020, to Plaintiff Truell and shall mail copies of the motion to dismiss and accompanying memorandum of law to both Plaintiffs. Defendants shall file proof of service no later than April 15, 2020. Defendants shall take any other practicable steps to ensure Plaintiffs receive the Court Orders, including, if available, sending Plaintiffs the Orders via email.

Dated: April 10, 2020
   New York, New York

                    LORNA G. SCHOFIELD
                    UNITED STATES DISTRICT JUDGE