James Edward Clifford Powell — US Court of Appeals, 2 Southwest
#8952000321                                  June 27, 2020

Cause-N-Effect "Black lives matter"
Pro-Se Intake Unit / We-are-all-one-voice ††
           Claim 19-CV-9688 LGS

To Whom ever this may concern → I need a update on Claim number 19-CV-9688 so I can better and accurately prepare for next court confrence court, pre-trial, correspense from me to the court's and further updates from city offical's Is keen to me and plaintiff's winning this claim.

Since Febuary 24, 2020 I have not received all of my property, that I've acquired over the year's illegally being held In M.D.C 23-hour lockdown all my property still to this date Is bling with held from me for No-specific reason, lawyer's number's mail, Bible's, litedure, my family letter's every thing of Importance Is being with held from me, to keep me from having a fair trial, are court appearance — only partial Discovery, was given back to me, not all legal Document's were given back to me amongst other thing's

Why/again Is this purposely being done deliberatly to hinder "me" from my own free will.

Tampering with my mail so I couldn't have a/peace of mind to break me down to weaken my defense's stratergy's as well as Inflicting bodily harm both on Oct 25, 2019, and also on Febuary 24, 2020 with out Nue Justification of law should not be tolerate especially Inside of correction's.

R.I.P Jeorge Floyd my freind
Thank you (Judge Colleen) Always
- Black lives matter's - stop killing
"Black Lives Matter"
Us - Then help - Us -

(Monroe - Det. Rivera) I. Affair's
Check with "Internal Affair's" - No Warrant shall Issue - April 5, 2016 No-Audio Visual when I was apprehended 1st arrested - In storage outside of establishment Why? Denied EMS treatment Why? even though I have asthma -
- Denied Right's to Grand Jury - Why? Rascial profiling - Mistaken Identity - police brutality Why? Am I still being illegally denied for 3 year's - No I-Witness / No Finger print's
Rearrested on Rikers April 26, 2016 - 3 different book
- No case Number's - Why?

<u>Exhibit's A, B, C,</u>

```
05/23/2020        New York City Department of Correction      IPTS0100
                    Inmate Property Query Receipt Screen

   Inmate Name: TRUELL,JAMES           BAC: 8952000321      NYSID: 09837674J

   Select a record from the list below - use up/down arrows to navigate

  Receipt #      Receipt     Disp.   Disposition   Bag   Property   Storage Location
                  Date                  Date       Type  Facility   Bin  Shelf  Slot
  ----------    ----------   -----   -----------   ----  --------   ---  -----  ----
  177433419X    12/20/2019    ACT     03/26/2020    B      OBCC     039    1     2
  177486119X    12/20/2019    ACT     03/26/2020    B      OBCC     038    4     3
  177489519     12/27/2019    ACT     03/26/2020    B      OBCC     038    4     2
  178205820     01/17/2020    ACT     03/26/2020    B      OBCC     038    3     4
  181320120     03/13/2020    RTI     05/21/2020    B      OBCC
  181320220     03/13/2020    ACT     03/26/2020    B      OBCC     040    1     1
  181320320X    03/13/2020    ACT     03/26/2020    B      OBCC     039    4     4
  181320420X    03/13/2020    ACT     03/26/2020    B      OBCC     039    5     4
  181423419X    12/24/2019    ACT     03/26/2020    B      OBCC     039    3     4
  181432519X    12/24/2019    ACT     03/26/2020    B      OBCC     039    4     2

  <Help>=Help    <Select>=Select Record    <F18>=Receipt History    <F11>=Exit
```

5 BAGS LEGAL PAPER WORK DISCOVERY PROCESS

"Black-lives-matter-

- Why Is my property still Being Withheld from me since <u>Oct 28, 2016</u> and <u>February 24, 2020</u>. For What reason Why? <u>M.D.C sent to OBCC</u> Mail legal Document's, Holy Bible's, Book's

$3,500 (Not Posted)

## Case Details - Motions

**CASE INFORMATION** Court Queens Criminal Court
Case #CR-004361-19QN
Defendant **Truell, James**

There are no motions on record for this case.

## Case Details - Summary

**CASE INFORMATION** Court Kings Supreme Court - Criminal Term
Case #03032-2016
Defendant **Truell, James** Add Case to eTrack

### Index

1. Defendant
2. Incident and Arrest
3. Attorney Information
4. Next Appearance

### Defendant

- Name: **Truell, James**
- Birth Year: **1984**

Back to Index

### Incident and Arrest

**Incident**

- Date: **April 3, 2016**
- CJTN: **67595799L**

**Arrest**

- Date & Time: **April 5, 2016 17:00**
- Arrest #: **K16625426**
- Officer

This submission (Dkt. No. 39) is deemed to supplement the Complaint (Dkt. No. 2) and together they shall be construed as the First Amended Complaint. Accordingly, the motion to dismiss (Dkt. No. 32) the Complaint is denied as moot. Defendants shall answer or otherwise respond to the First Amended Complaint by August 27, 2020. If Defendants choose to move to dismiss the First Amended Complaint, they may do so by letter motion that supplements the previously filed motion and memorandum of law (Dkt. Nos. 32-33), or they may file a new motion and memorandum of law. If Defendants so move, Plaintiffs shall file any response by September 18, 2020.

The Clerk of Court is respectfully directed to close the open motion at Docket. No. 32 and mail a copy of this Order to Pro se plaintiff.

SO ORDERED.   Dated: July 31, 2020   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

# G.O. Slip

Name: Truell James     B&C: 8952000321     Housing Area: 2SW

NYSID #: 09837674J     Next Court Date: 6/26/20

| | ① | ② | ③ | |
|---|---|---|---|---|
| **Docket** | CR-004361-19QN | | 2016QN000000 | |
| **Indictment #** | | 03032-2016 | 02320-16 | |
| **Charge** | 120.25 | 160.15 | 160.15 | |
| **Bail/Bond** | 3500 | remanded | remanded | |
| **Court Date** | 6/26/20 | 7/2/20 | 7/15/20 | |
| **Court/Court Part** | Queens/Criminal Court AP6 | Kings/Supreme TAP1 | Queens/Supreme K22 | / |

Warrant: N/a     State Ready: YES / **NO**

Warrant #: _____

Date Lodged: _____     Projected Release Date: _____

Status: Active / Lifted _____     SRG ☐  RED ID ☐  ICR ☐  ERS ☐

**NOTES:**
① Attorney: Francis Bougher Gibbons (718-286-2000)
② Attorney: Spiegel N/a phone #
③ Attorney: Santos, J (718-263-4840)

**Disclaimer:** Please be advised that GO Slips are a COURTESY and not required services by Law Library. Note also that Law Library is not responsible for the accuracy of the above information. To verify accuracy please consult with your attorney. Law Library staff will attempt to provide such information as promptly as possible but it is not guaranteed that such information be provided on the same day.

James Tidwell
#8952-00032
OBCC-1600 Hazen street
East elmhurst Queens
New York N.Y 11370

RECEIVED
2020 JUL 16 AM 11:06
CLERK'S OFFICE
U.S. COURT OF APPEALS

NEW YORK NY 100
01 JUL 2020 PM 13 L

Pro se Intake Unit Judge's Chamber
-40- Foley Square- 40th 105 New
York New York



James Tyrell
#8935200321
OBCC-1600 Hazen Street
East Elmhurst, Queens
New York, NY 11370

Pro Se Intake Unit Judge's Chamber
40-Foley Square-Room 105 New
York, New York 10007