UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                      :
CHRISTOPHER TERRY, et al.,                     :
                         Plaintiffs,      :
                                               :      19 Civ. 9688 (LGS)
           -against-                       :
                                               :      <u>ORDER</u>
CITY OF NEW YORK, et al.,                   :
                         Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Defendants filed a motion to dismiss on April 2, 2020 (Dkt. 32);

       WHEREAS, on July 28, 2020, Plaintiff James Truell filed a letter (Dkt. 39) alleging, among other things, that his property was being illegally withheld from him and that bodily harm was being inflicted upon him;

       WHEREAS, the Court deemed the letter (Dkt. 39) to supplement the Complaint and together be construed as the First Amended Complaint;

       WHEREAS, on September 17, 2020, Defendants filed a supplement (Dkt. 43) to their motion to dismiss in response to the First Amended Complaint; it is hereby

       **ORDERED** that, Plaintiffs shall, by **October 9, 2020**, file any response to the motion to dismiss. If Plaintiffs do not respond by that date, the motion will be decided based on the current submissions. Defendants shall mail a copy of this Order to the pro se Plaintiffs.

Dated: August 18, 2020
       New York, New York

                                                                                    *[signature]*
                                                                  LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE