**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTOPHER TERRY, et al.,

                Plaintiffs,

-against-                                                                    19 **CIVIL** 9688 (LGS)

                                                     **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 10, 2021, Defendants' motion to dismiss the FAC is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       March 29, 2021

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                         **BY:**       *K. Mango*

                                                             **Deputy Clerk**